WILLIAM A. CAMPBELL et al., Constituting the Bondholders' Protective Committee for the Holders of First Lien and Refunding Mortgage 5% Bonds, Issued by HUDSON & MANHATTAN RAILROAD COMPANY, et al., on Their Own Behalf and on Behalf of All Other Holders of Said Bonds, Respondents, *v.* HUDSON & MANHATTAN RAILROAD COMPANY, Appellant, et al., Defendants.

Argued April 5, 1954; decided May 20, 1954.

*Whitney North Seymour, Richard Hawkins* and *Burton M. Abrams* for appellant.

*Edward Ross Aranow, Samuel Gottlieb* and *Louis W. Book-heim, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

LYMAN R. BRADLEY, Appellant, *v.* NEW YORK UNIVERSITY, Respondent.

Argued April 22, 1954; decided May 20, 1954.

